UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

      Plaintiff,

    v.

JOSEPH LEHMAN, *et al.*,

      Defendants.

Case No. C04-5521FDB

ORDER DENYING LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM

      Plaintiff filed a motion for reconsideration on April 11, 2005 and later moved to file a supplemental memorandum in support of reconsideration.  Reconsideration was denied by order entered May 4, 2005 [Dkt. # 88].  Plaintiff's Motion for Leave to File Supplemental Memorandum [Dkt. # 84] is DENIED.

      DATED this 16th day of May, 2005.

                                          

                              FRANKLIN D. BURGESS
                              UNITED STATES DISTRICT JUDGE

ORDER - 1